UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**SEALED DOCUMENT**

2013 APR 10 P 3: 20

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT AUTHORIZING THE ) No. 13-MJ-34-01-LM
SEARCH OF THE CELLULAR TELEPHONE )
ASSIGNED CALL NUMBER )
(646) 404-7596 )

## ORDER

Having granted the request for the issuance of a search warrant in the above-referenced matter and having considered the government's request to delay the notice required by Fed. R. Crim. P. 41, the Court finds that the United States has established reasonable cause for the requested delay pursuant to Fed. R. Crim. P. 41(f)(3) and 18 U.S.C. § 3103a(b).

The Motion to Delay Notice is granted and it is hereby ORDERED that the notice required by Fed. R. Crim. P. 41 shall be delayed for a period of 30 days after the end of the authorized period of data collection pursuant to the warrant (including any extensions thereof), at least until June 10, 2013.

This case shall remain sealed during the entirety of the delayed notice period.

Dated: April 10, 2013.

_____
Landya B. McCafferty
United States Magistrate Judge